

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00601-CV

**IN THE INTEREST OF F.V.R.**, a Child

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02330
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the motion to withdraw filed by appellant's attorney is GRANTED, and the trial court's order is AFFIRMED. It is ORDERED that no costs shall be assessed against appellant in relation to this appeal because she qualifies as an indigent under TEX. R. APP. P. 20.

SIGNED December 3, 2014.

_____
Catherine Stone, Chief Justice